**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Cotey Allen Barnette** | Social Security number or ITIN **xxx–xx–4453** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Western District of Virginia**

Case number:   **17–61986**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Cotey Allen Barnette

1/30/18

**By the court:**  Rebecca B. Connelly
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                             Western District of Virginia
In re:                                                            Case No. 17-61986-rbc
Cotey Allen Barnette                                              Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0423-6          User: admin              Page 1 of 2           Date Rcvd: Jan 30, 2018
                              Form ID: 318             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
db             +Cotey Allen Barnette,    1792 Wilson Church Road,    Bedford, VA 24523-4797
cr              FreedomRoad Financial c/o Capital Recovery Group,    PO Box 64090,   Tucson, AZ 85728-4090
cr            ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,   LIBERTYVILLE IL 60048-5339
                 (address filed with court:  SNAP-ON CREDIT LLC,    950 TECHNOLOGY WAY, SUITE 301,
                 LIBERTYVILLE, IL 60048)
4500084         Bedford County Treasurer,    122 E Main Street Suite 101,    Bedford, VA 24523-2000
4500086         Carilion Clinic,    Hospital Billing Services,    PO Box 13966,   Roanoke, VA 24038-3966
4500091        +First Citizens-a Va Co,    3601 Thirlane Rd Nw Ste,    Roanoke, VA 24019-3079
4500092        +Freedom First Federal Credit Union,    P O Box 1999,    Salem, VA 24153-1159
4500093        +Freedom Road Financial,    10509 Professional Cir S,    Reno, NV 89521-5864
4500094        +Glasser & Glasser,    PO Box 3400,   Norfolk, VA 23514-3400
4500095        +Hughesnet,    P O Box 3475,   Toledo, OH 43607-0475
4500096         Lewis Gale Hospital Allegghany,    1 ARH Lane,    Low Moor, VA 24457
4500097        +Lewis Gale Regional Health System,    1900 Electric Road,    Salem, VA 24153-7494
4500099        +Peaks Motors Inc,    144 West Main Street,    Bedford, VA 24523-1949
4500100         Radiology Associates of Richmond,    PO Box 79923,    Baltimore, MD 21279-9923
4500101        +SCA Credit Services,    1502 Williamson Road, Suite 100,    Roanoke, VA 24012-5100
4500105        +West Creek Financial,    P O Box 5518,   Glen Allen, VA 23058-5518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4500085         EDI: CAPITALONE.COM Jan 30 2018 21:43:00      Capital One,    Attn: Bankruptcy Dept.,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
4500088        +EDI: CHASE.COM Jan 30 2018 21:43:00      Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
4500089        +EDI: RCSFNBMARIN.COM Jan 30 2018 21:43:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
4500090        +EDI: DISCOVER.COM Jan 30 2018 21:43:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
4500098        +EDI: RESURGENT.COM Jan 30 2018 21:43:00      Lvnv Funding Llc,    Po Box 10497,
                 Greenville, SC 29603-0497
4500561        +EDI: PRA.COM Jan 30 2018 21:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
4500103         Fax: 336-217-7467 Jan 30 2018 22:11:14      Solstas Lab Partners,    PO Box 35907,
                 Greensboro, NC 27425-5907
4500104        +EDI: RMSC.COM Jan 30 2018 21:43:00      Syncb/care Credit,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
                                                                                             TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4500102*      ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,   LIBERTYVILLE IL 60048-5339
                 (address filed with court:  Snap-on Credit Llc,    Po Box 506,   Gurnee, IL 60031)
4500087        ##+Centra,    P O Box 3348,   Danville, VA 24543-3348
                                                                                TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0423-6          User: admin              Page 2 of 2            Date Rcvd: Jan 30, 2018
                              Form ID: 318             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
              Hannah W. Hutman(436156)    hhutman@hooverpenrod.com, VA47@ecfcbis.com;jwhite@hooverpenrod.com
              Michael Dean Hart    on behalf of Debtor Cotey Allen Barnette service@hartlawroanoke.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                              TOTAL: 3
```